# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JASWINDER PAL SINGH, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:16-cv-3301 |
| ) | |
| v. ) | Judge Crenshaw |
| ) | Magistrate Judge Brown |
| PREMIER MEDICAL GROUP, P.C., ) | |
| ) | Jury Demand |
| Defendant. ) | |

## AGREED ORDER OF DISMISSAL

It appears to the Court, as evidenced by the signatures of counsel below, that all matters in dispute between Plaintiff Jaswinder Pal Singh and Defendant Premier Medical Group. P.C., have been resolved and that Plaintiff's Complaint should be dismissed. Accordingly, this case is dismissed with prejudice.

_____
Hon. Waverly D. Crenshaw, Jr.
Chief United States District Judge

Approved for Entry:

s/Douglas B. Janney III
Douglas B. Janney III (BPR No. 19112)
2002 Richard Jones Road
Suite B-200
Nashville, Tennessee 37215
(615) 742-5900

Of Counsel:

Harsimran Kaur Dang, Esq. (CA Bar No. 264240)
Amrith Kaur Aakre, Esq.
The Sikh Coalition
50 Broad Street, Ste. 1637
New York, NY 10004
(510) 565-7908

*Attorneys for Plaintiff Jaswinder Pal Singh*


s/Christopher W. Cardwell
Christopher W. Cardwell (BPR No. 19751)
Mary Taylor Gallagher (BPR No. 21482)
Gullett Sanford Robinson & Martin PLLC
150 Third Avenue South, Suite 1700
Nashville, Tennessee 37201
(615) 244-4994

*Attorneys for Defendant Premier Medical Group, P.C.*